1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

9

                    IN THE UNITED STATES DISTRICT COURT

10

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    CAROLE MARASOVIC,                      No   C-00-1954 VRW

13              Plaintiff,                         Related to
                                                  C-04-4141 VRW
14              v

15    CONTRA COSTA COUNTY ADULT                    ORDER
      PROTECTIVE SERVICES et al,
16
                Defendants.
17
      _____/
18

19              This order addresses two miscellaneous matters remaining

20    in this case.  First, plaintiff has moved for leave to proceed in

21    forma pauperis ("IFP") on her appeal (Doc #131) of the court's

22    August 17, 2004, decision denying her request to reopen this case

23    (Doc #125).  Plaintiff already obtained IFP status in a related

24    case No C-04-4141 VRW ("04-4141") (Doc #4 of 04-4141) and has

25    appealed the court's February 21, 2006, order dismissing that case

26    (Doc #44 of 04-4141).  On April 7, 2006, the Ninth Circuit

27    consolidated plaintiff's appeal in 04-4141 with her appeal in the

28    present case.  Doc #136.

FRAppP 24(a) describes the requirements for proceeding IFP on appeal:

> (1) Motion in the District Court.  Except [for a plaintiff who was permitted to proceed IFP in a district-court action], a party to [the] district-court action who desires to appeal in forma pauperis must file a motion in the district court.  The party must attach an affidavit that:
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
> (B) claims an entitlement to redress; and
> (C) states the issues that the party intends to present on appeal.

Plaintiff failed to include, either within her application to proceed IFP (Doc #132) or in a separate affidavit, a statement regarding "the issues that [plaintiff] intends to present on appeal." FRAppP 24(a)(1)(C).  Hence, because plaintiff did not comply with the requirements of FRAppP 24(a)(1)(C), the court DENIES plaintiff's present motion for leave to proceed IFP.  The court notes that pursuant to the requirements set forth in FRAppP 24(5), plaintiff may file a motion before the court of appeals for leave to proceed IFP within 30 days after service of this order.

Next, the court has received a letter dated May 3, 2006, from Steven M McCarthy, an attorney who previously represented plaintiff in this case.  McCarthy contends that the court granted his motion to withdraw as counsel over five years ago but that he has "been again receiving mailings regarding [this] matter." Accordingly, McCarthy has submitted a proposed order seeking to relieve him of his responsibilities in this case.

McCarthy originally filed his motion to withdraw on March 16, 2001 (Doc #45) and the court heard argument on the motion on April 26, 2001.  The minute order for that hearing states that "Mr McCarthy shall continue to accept service of all pleadings for

United States District Court

For the Northern District of California

1  plaintiff and serve Ms Marasovic with such pleadings until such

2  time substitute counsel is entered for plaintiff." Doc #62. On

3  May 3, 2001, the court issued an order granting McCarthy's motion

4  to withdraw "subject to the following conditions: (1) counsel must

5  continue to accept service of all papers unless and until plaintiff

6  appears by other counsel, and (2) counsel must forward all such

7  papers to plaintiff. See Civil LR 11-5(b)." Doc #66. Because

8  substitute counsel has not been entered in this case, the court

9  DENIES McCarthy's request to relieve him from the responsibilities

10 set forth in the court's May 3, 2001, order.

11        The clerk is DIRECTED to place in the file McCarthy's

12 letter and the proposed order that he provided and TERMINATE all

13 pending motions.

14

15        IT IS SO ORDERED.

16

17

18                              VAUGHN R WALKER

19                              United States District Chief Judge

20

21

22

23

24

25

26

27

28

3